**Exhibit A to the Complaint**

**Location:** Jacksonville, FL

**Total Works Infringed:** 74

**IP Address:** 99.42.93.24

**ISP:** AT&T U-verse

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 77537958D009D974B9970112342BCA232614C16F | 02/01/2019 21:43:30 | Blacked | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | 11/06/2017 17:18:36 | Vixen | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 3 | 0268A4F2D187EE10BE5C24BCFE5ED4CDC98D1586 | 07/11/2018 06:15:44 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 4 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | 07/11/2018 05:15:01 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 5 | 0ED1618079E29D4BB708465328D67B227B1AA795 | 03/27/2018 17:31:49 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 6 | 0FBD0B69CCE4C6F5F70851C56E65EDF6AFDC9C77 | 06/05/2017 22:47:43 | Vixen | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 7 | 10BEDB573A405FED6CBFCC7A7F2EF4A683599128 | 07/11/2018 03:24:22 | Blacked | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 8 | 122C6F27C0629FD20EC8AFEAAAD8AF5F852CE154 | 07/11/2018 02:25:45 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 9 | 13F8B657984BB039924814A1A97078E76113ADE6 | 03/02/2018 23:42:20 | Blacked | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 10 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | 08/28/2017 21:44:10 | Vixen | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 11 | 27EF224D023462A415E9AA1F50ED06DDA40C617F | 11/20/2017 23:21:52 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 12 | 289FE7D65DFCFACB416832D12862105A2762841A | 05/15/2017 17:07:39 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 13 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | 10/25/2018 14:12:57 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 14 | 35824768BF7B365F1CA830E078527B52C12DC631 | 11/07/2018 14:06:04 | Tushy | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 15 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | 03/02/2018 20:42:28 | Vixen | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 16 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | 07/11/2018 05:28:34 | Blacked Raw | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 17 | 3B85FC3C1D0E4C89AF3E3054A24E25E64D6AABE8 | 10/29/2018 14:49:31 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 3D4C3A5F21D73CD9B686B22EC8B731AAAD2C2B34 | 07/11/2018 03:22:12 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 19 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | 06/22/2018 22:41:59 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 20 | 46008F270CD49FF19391341B7014BF9549387B91 | 01/11/2018 21:41:51 | Blacked | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 21 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | 06/05/2017 23:20:50 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 22 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | 03/24/2018 02:00:41 | Tushy | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 23 | 4CB998506766F8F138B2C5042D4A5355D70B229D | 11/06/2017 17:19:16 | Blacked Raw | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 24 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | 07/11/2018 01:41:03 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 25 | 50D42E0913182BA1982BB0B4E6E10BFB2E8EC817 | 05/10/2018 22:49:21 | Vixen | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 26 | 54DB964FF0380049DF191198925EFE7D2B6DFF65 | 07/11/2018 03:21:20 | Blacked | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 27 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | 07/11/2018 01:36:11 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 28 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | 12/20/2017 07:34:32 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 29 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | 11/27/2017 17:02:28 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 30 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 02/01/2019 21:17:23 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 31 | 80FAC1F85EA2A2B38889FA20E4F57828EC573D78 | 07/11/2018 03:20:36 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 32 | 82CFE888A0B2294E22FE65EEA71618E9726E1E11 | 02/01/2019 20:09:48 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 33 | 8380829FBFACEF0EE48B37AF15910E96A5E8329C | 01/11/2018 21:40:02 | Blacked Raw | 12/23/2017 | 01/15/2018 | PA0002099706 |
| 34 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | 04/11/2018 19:23:33 | Tushy | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 35 | 8532FD6A540423417AF75FF43F54E6DCAFDDAFB0 | 02/01/2019 20:29:49 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 36 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | 07/11/2018 05:53:41 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900 | 02/01/2019 19:35:17 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 38 | 9261FD7C93E71422D351407FD73C21D86E794B2C | 07/11/2018 01:42:15 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 39 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | 03/23/2018 19:55:43 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 40 | 9397BE81C31DB4B76368232039F986AF63B742C2 | 07/11/2018 01:31:09 | Blacked Raw | 05/27/2018 | 07/14/2018 | PA0002130451 |
| 41 | 9610311103928803FD590914EDEF6DE046B03D40 | 07/11/2018 01:30:22 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 42 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | 08/28/2017 21:47:28 | Blacked | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 43 | 9F02218C1488544F43D1FED807CB4B40D368A4BA | 07/11/2018 02:24:20 | Blacked | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 44 | 9F45593DA944206DE85CA29AA3A86E229824A39E | 08/09/2017 20:46:28 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 45 | 9F5E2E0229F4448AB05192505E44AB9AB404EC0F | 08/28/2017 21:49:53 | Vixen | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 46 | 9FABAA8032C69E202ECED8FF3198AF7BAC0EB395 | 11/06/2017 19:16:26 | Blacked | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 47 | 9FF89A5F86F0503C6D85AAEA7037539944837172 | 07/11/2018 03:20:01 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 48 | A1A56A2B98ABF91CD9C6DAEB2EA4DF592C17CA31 | 02/01/2019 20:08:24 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 49 | A1CEB960EC65143DB61772C0EB28FD52DE7AC96E | 01/21/2019 20:45:06 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 50 | A266CE8C37C36EB2E7CEC4B109AC6DDFA3BA79D3 | 01/21/2019 23:05:11 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 51 | A90A83B444B4CCE14D07FBDCB7364C00F265F746 | 07/11/2018 05:50:51 | Blacked Raw | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 52 | AB6BEF24AE35CBB86C4CD4A8C4C825351A4F4BB6 | 04/24/2018 16:58:24 | Vixen | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 53 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | 07/08/2017 08:31:15 | Tushy | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 54 | AE2482D557A3B4CCE098B1912E9C0520ECF661FC | 07/11/2018 03:21:53 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 55 | AFFD54548E6069CC86CCA4542B7F08E5EDBB49A3 | 07/11/2018 05:21:38 | Blacked Raw | 01/22/2018 | 02/20/2018 | PA0002104185 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | B0435B0287D47B692A8610DCF2A03E2D5D644A66 | 04/30/2018 05:08:34 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 57 | B12B67AFC920BEBDB95BAF1C8800D289749BC677 | 03/23/2018 21:06:46 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 58 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | 07/11/2018 01:31:31 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 59 | B7F9B4455C8C085B75BD0E4E23AA26317B2DE1FB | 04/25/2018 16:43:56 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 60 | BBDD03ACDD27F69946944926F902DE4C9EBDB640 | 07/11/2018 01:30:19 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 61 | C3CDC87FFB6E1117832330D97C495403821FE7F5 | 05/15/2017 17:15:05 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 62 | C8B2764834D0EA655833CE2084BFA153880993D9 | 01/25/2019 21:59:40 | Blacked | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 63 | CC4C9F3139A74EA0F73EEEC68EFA9CE5594554F9 | 01/02/2018 20:38:32 | Vixen | 12/30/2017 | 01/15/2018 | PA0002070944 |
| 64 | D0944B3B26CD699C8CBD1F29C33DEB31C4958BA0 | 07/11/2018 06:17:07 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 65 | D6273EE348C2274701FD6550CE62A3865892BA96 | 02/01/2019 19:35:49 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 66 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | 01/16/2018 17:50:55 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 67 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | 07/11/2018 02:24:41 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 68 | DF877D52273063D9BF82F769D8FDD99402EAE9F7 | 07/11/2018 05:19:05 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 69 | E077B1FF542F9813257F25F80DF621F1EC832879 | 11/06/2017 17:19:15 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 70 | E27CA881C65E58F6CFC9261D8E5E78AEC89D9CC4 | 08/28/2017 22:09:44 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 71 | E48B9276E68272C18F2F7D478D3D56B012BE0D93 | 07/11/2018 03:24:37 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 72 | F6551A2C190BF4C616A9931EA1B790DEAF3302D0 | 07/11/2018 03:20:47 | Blacked Raw | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 73 | F679391ED7AA38CC22B99756D9BFE6FE26F96FCA | 02/01/2019 20:23:12 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 74 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | 10/23/2017 19:11:54 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |