**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 3:19-cv-00496-TJC-JRK**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

 Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.42.93.24 an individual,

 Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.42.93.24, are voluntarily dismissed without prejudice.

Dated: July 12, 2019          Respectfully submitted,

                 **MAMONE LAW P.A.**
                 *Attorneys for Plaintiff Strike 3 Holdings, LLC*

                 By: /s/ *Tyler A. Mamone*
                 Tyler A. Mamone, Esq.
                 100 SE 2nd St., Ste. 2000
                 Miami, FL 33131
                 Tyler@Mamonelaw.com
                 Office: (786) 209-2379